No. 1069, Misc. TIVEY v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied. Petitioner *pro se.* *John J. O'Connell,* Attorney General of Washington, and *Stephen C. Way* and *Lee D. Rickabaugh,* Assistant Attorneys General, for respondent.

No. 1217. INTERNATIONAL RAILWAYS OF CENTRAL AMERICA v. UNITED FRUIT Co.; and

No. 1320. UNITED FRUIT Co. v. INTERNATIONAL RAILWAYS OF CENTRAL AMERICA. C. A. 2d Cir. Certiorari denied. MR. JUSTICE STEWART took no part in the consideration or decision of these petitions. *Aaron Lewittes* for petitioner in No. 1217 and for respondent in No. 1320. *Ralph M. Carson* for petitioner in No. 1320 and for respondent in No. 1217. ■

No. 378. WATERMAN STEAMSHIP CORP. v. SKIBINSKI. C. A. 2d Cir. Motions of American Merchant Marine Institute, Inc., and American Trial Lawyers Association for leave to file briefs, as *amici curiae,* granted. Certiorari denied. *Sidney A. Schwartz* for petitioner. *William A. Blank* and *Wilfred L. Davis* for respondent. *Cornelius P. Coughlan* for American Merchant Marine Institute, Inc., as *amicus curiae,* in support of the petition. *Arthur J. Mandell* for American Trial Lawyers Association, as *amicus curiae,* in opposition to the petition. ■

No. 1344, Misc. ENGLISH v. TENNESSEE; and

No. 1502, Misc. GRANT v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. Petitioners *pro se. George F. McCanless,* Attorney General of Tennessee, and *Edgar P. Calhoun,* Assistant Attorney General, for respondent in No. 1344, Misc. Reported below: —— Tenn. ——, ——, 411 S. W. 2d 702.